MARI T. SAIGAL (State Bar No. 318556)
Mari.Saigal@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case Number: 2:21-mc-00592 **DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Jan van Voorn, the undersigned, declare that:

    1.    I am Executive Vice President and Chief of Global Content Protection for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on behalf of Columbia Pictures Industries, Inc., Paramount Pictures Corp., Universal City Studios Productions LLLP, and Warner Bros. Entertainment, Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE").  ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace

for video content and addressing the challenge of online piracy.  The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2. The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at San Diego, California, on April 9, 2021.



_____
Jan van Voorn

**EXHIBIT A**

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| lookmovie.io | Almost Christmas | https://lookmovie.io/movies/view/almost-christmas-2016 | Fifty Shades Darker | https://lookmovie.io/movies/view/fifty-shades-darker-2017 |
| watchmovie.movie | 47 Ronin | https://watchmovie.movie/series/47-ronin-hti-episode-1 | Whiskey Tango Foxtrot | https://watchmovie.movie/series/whiskey-tango-foxtrot-mtd-episode-1 |
| yesmovies.ag | Varsity Blues | https://yesmovies.ag/movie/varsity-blues-8030/1-1/watching.html | The Other Guys | https://yesmovies.ag/movie/the-other-guys-5301/1-1/watching.html |
| himovies.to | Forrest Gump | https://himovies.to/watch-movie/forrest-gump-19710.2507831 | Locked Down | https://himovies.to/watch-movie/locked-down-67265.4030906 |
| afdah.info | Flashdance | https://afdah.info/watch-movies/31549-flashdance-1983 | Birds of Prey: And the Fantabulous Emancipation of One Harley Quinn | https://afdah.info/watch-movies/68010-birds-of-prey-and-the-fantabulous-emancipation-of-one-harley-quinn-2020 |